# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff(s),<br><br>    v.<br><br>RICARDO MARTINEZ,<br><br>                              Defendant(s). | Case No. 2:03-CR-295 JCM (PAL)<br><br>ORDER |

Presently before the court is Martinez's motion for sentencing transcripts.  (ECF No. 68). No response has been filed.

**I.    Legal Standard**

Local rule 7-2 provides that "[a]ll motions—unless made during a hearing or trial—must be in writing and served on all other parties who have appeared. The motion must be supported by a memorandum of points and authorities."  LR 7-2.  Local rule IC 5-1 provides that a signature is required on all filings, and that "[t]he signatory must be the attorney or pro se party who electronically files the document."  LR IC 5-1.  Local rule IC 7-1 provides that "[t]he court may strike documents that do not comply with these rules."

**II.    Discussion**

Martinez is currently represented by counsel, Brian Pugh.  Martinez has not applied to this court to proceed in forma pauperis.  Thus, Martinez's motion is improperly submitted as a pro se motion without the signature of his attorney or points and authorities.  If Martinez wishes to move this court for further action in this case, he must do so through his attorney or after applying to proceed in forma pauperis.

**James C. Mahan**
**U.S. District Judge**

**III.     Conclusion**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Martinez's motion for sentencing transcripts (ECF No. 68) be, and the same hereby is, STRIKEN and held for naught.

DATED October 7, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -